UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID BRANDMARK and HENRY
BRANDMARK,
                Plaintiffs,
v.

EQUIFAX INFORMATION SERVICES,
LLC.; TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,
                Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023

**ORDER OF
PARTIAL DISMISSAL**

22 CV 6625 (VB)

       The Court has been advised that plaintiffs have reached settlements in principle in this case with defendants Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian"). (Docs. ##42–43). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendants Equifax and Experian, only</u>, without costs, and without prejudice to the right to restore the action against defendants Equifax and Experian to the Court's calendar, provided the application to restore the action is made by no later than May 1, 2023. To be clear, any application to restore the action against Equifax and/or Experian must be filed by May 1, 2023, and any application to restore the action against Equifax and/or Experian filed thereafter may be denied solely on the basis that it is untimely.

       The Clerk is instructed to terminate Equifax Information Services, LLC, and Experian Information Solutions, Inc., as defendants in this case.

Dated: February 28, 2023
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge