UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID BRANDMARK and HENRY
BRANDMARK,
      Plaintiffs,

v.

TRANS UNION, LLC; and NEWREZ LLC
d/b/a SHELLPOINT MORTGAGE
SERVICING,
      Defendants.
--------------------------------------------------------------x

3/16/23

**ORDER OF
PARTIAL DISMISSAL**

22 CV 6625 (VB)

  The Court has been advised that plaintiffs have reached a settlement in principle in this case with defendant Trans Union, LLC ("Trans Union"). (Doc. #46). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Trans Union, only</u>, without costs, and without prejudice to the right to restore the action against defendant Trans Union to the Court's calendar, provided the application to restore the action is made by no later than May 15, 2023. To be clear, any application to restore the action against Trans Union must be filed by May 15, 2023, and any application to restore the action against Trans Union filed thereafter may be denied solely on the basis that it is untimely.

  The Clerk is instructed to terminate Trans Union, LLC, as a defendant in this case.

  The Clerk is further directed to terminate Doc. #38.

Dated: March 15, 2023
   White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge