UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID BRANDMARK and HENRY
BRANDMARK,
            Plaintiffs,

v.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,
            Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 6625 (VB)

    The Court has been advised that the parties have reached a settlement in this case. (Doc. #62). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 30, 2023. To be clear, any application to restore the action must be filed by October 30, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close the case.

Dated: August 29, 2023
       White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge